# ATTACHMENT 1

FILED/REC'D
2026 MAY 11 A 10: 04
CLERK OF COURT
U.S. DISTRICT COURT
WD OF WI

# COMPLAINT FORM

**(for non-prisoner filers without lawyers)**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE** Western **DISTRICT OF** Wisconsin

(Full name of plaintiff(s))

Nuthen Harden

vs

(Full name of defendant(s))

Curt Fell, Rock County Sheriff

Capt Muermann,

Eric Ingersol, Kitchen Supervision

Case Number:

26-cv-445-wmc

(to be supplied by clerk of court)

A. PARTIES

1. Plaintiff is a citizen of Wisconsin (State) and resides at

200, East US Highway 14, Janesville, WI 53511
(Address)

(If more than one plaintiff is filing, use another piece of paper).

2. Defendant *Curt Fell, Rock County Sheriff*
(Name)

is (if a person or private corporation) a citizen of *Wisconsin*
(State, if known)

and (if a person) resides at *200, East US Highway 14.*
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for ______________________________
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:

1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

*2026 Ramadan was to be from February 18TH through March 20TH. Cpl. [illegible] - the Religious Coordinator and Eric Ingersol - the Kitchen Supervisior, ended Ramadan on the 18TH of March, two day's before the 30 day or- [illegible] were to end.*

*Ramadan represent's the season of offering good deed's and giving reward's by fasting (for) and in the name of Almighty Allah.*

Ramadan is supposed to last 29 day and 30 nights (unless) the moon is sighted in (Saudi Arabia) by Islamic Muslim officials. Then and only then will it go on to last an extended day officially. Making that Particular month of Ramadan 30 days and 30 night's. If a Person were to break their fast before the Holy month of Ramadan come's to a complete end, His/Her Ramadan (may not) be accepted by the Almighty Allah. Therefore wasting His/Her time, effort's and deed's during that Particular Holy month of Ramadan.

I am one of many millions of Islamic Muslim's who were guided by Almighty Allah to the a Pure and true religion to be grateful for, Glorify, Praise, and serve a Most Gracious, Merciful, and most forgiving God, while Practicing being on my utmost best behavior at all times.

## C. JURISDICTION

[x] I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

[ ] I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $________.

## D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

First and Foremost, sue each Defendant in their individual compassity as well as their Professional compassity.

Injunction Relief: $50,000

Punitive Damage's: $50,000

Pain and Suffering: $50,000

and to make certain something like this "never" happen's again. Because this is a Religion, and not Just an idea)

E. JURY DEMAND

☑ Jury Demand - I want a jury to hear my case

OR

☐ Court Trial – I want a judge to hear my case

Dated this 05 day of 05 2026.

Respectfully Submitted,

x Matthew J Hatcher
Signature of Plaintiff

404-395-7072
Plaintiff's Telephone Number

none
Plaintiff's Email Address

855 Stonebridge Crescent
Lithonia, GA. 30058
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☑ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.